# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**DOREITHA M. BROOKS,**             Civil File No. 2:11-cv-02371-JAR-GLR

    **Plaintiff,**

vs.                                            **STIPULATION OF DISMISSAL**
                                                        **WITH PREJUDICE**

**NCO FINANCIAL SYSTEMS, INC.,**

    **Defendant.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Doreitha M. Brooks, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                           Respectfully submitted,

Dated: <u>December 22, 2011</u>      By: <u>/s/J. Mark Meinhardt</u>
                                                 J. Mark Meinhardt #20245
                                                 4707 College Boulevard, Suite 100
                                                 Leawood, KS  66211
                                                 Telephone:     (913) 451-9797
                                                 Fax:               (913) 451-6163
                                                 meinhardtlaw@sbcglobal.net
                                                 ATTORNEY FOR PLAINTIFF

Dated: <u>December 22, 2011</u>      By: <u>/s/Paul Croker</u>
                                                 Richmond M. Enochs, #05972
                                                Paul Croker, #21627
                                                 Wallace, Saunders, Austin, Brown & Enochs, Chtd.
                                                 10111 West 87th Street
                                                 Overland Park, KS 66212
                                                 Telephone:     (913) 888-1000
                                                 Fax:               (913) 888-1065
                                                 renochs@walacesaunders.com
                                                 pcroker@wallacesaunders.com
                                                 ATTORNEY FOR DEFENDANT